IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

SAINTIL SAINTILUS

Plaintiff

v.

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

Defendant.
_____/

Case No. 006016 CIV Ungaro-Benages
Magistrate Judge: Brown

### ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT

This matter comes has come before the court on Plaintiff's Motion to Amend Complaint *and Defendant's Motion to Dismiss*. The court having been advised in the premises it is hereby *ORDERED & ADJUDGED that Defendant's Motion to Dismiss is DENIED as moot. It is further* ORDERED AND ADJUDGED that Plaintiff's motion is granted and Defendant shall have twenty (20) days from the date of this order within which to answer the Amended Complaint.

Ordered at ___25___, Florida on ___Jan.___, 2000.

_____
United State District Court Judge
Ursula Ungaro-Benages

Copies furnished to counsel of record