COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

SAINTIL SAINTILUS

    Plaintiff,

v.

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

    Defendant.
_____/

CASE NO.: CIV-UNGARO-BENAGES

**00-6016**

MAGISTRATE JUDGE
BROWN

NIGHT BOX
FILED

JAN 5 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## NOTICE OF FILING NOTICE OF REMOVAL IN CIRCUIT COURT

TO:  Clerk of the Court, U.S. District Court
      Southern District of Florida, Ft. Lauderdale Division
      299 E. Broward Blvd.
      Ft. Lauderdale, Florida 33301

PLEASE TAKE NOTICE that Defendant, Namasco Corporation and Namasco Corporation d/b/a Namasco Steel Company, has this date filed in the Clerk's Office for the Seventeenth Judicial Circuit in and for Broward County, Florida, a copy of the Notice of Removal filed in this Court. A copy of the Notice of Filing in the Seventeenth Judicial Circuit for Broward County is attached hereto.

                                      SHUTTS & BOWEN LLP
                                      201 S. Biscayne Boulevard, Suite 1500
                                      Miami, Florida 33131
                                      (305) 358-6300
                                      (305) 347-7386 (Facsimile)

                                      By: _____
                                          John T. Kolinski
                                          Florida Bar No.: 307971
                                          Jennifer J. Ator
                                          Florida Bar No.: 0120911

Rec'd in MIA Dkt /-28-2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 4th day of January, 2000 to John D. Ameen, Esq., Ameen & Drucker, P.A., 3111 University Drive, Suite 608, Coral Springs, Florida 33065.

_____
OF COUNSEL

MIADOCS 309186 1 MIV

IN THE CIRCUIT COURT FOR THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

SAINTIL SAINTILUS

CASE NO.: 99020917-CACE 08

    Plaintiff,

v.

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

    Defendant.
_____/

### NOTICE OF FILING NOTICE OF REMOVAL

TO:   Clerk of the Court
       Broward County Courthouse
       201 S.E. 6th Street
       Ft. Lauderdale, Florida

PLEASE TAKE NOTICE that Defendant, Namasco Corporation and Namasco Corporation d/b/a Namasco Steel Company, has filed this date its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Southern District of Florida.

                SHUTTS & BOWEN LLP
                Attorneys for Defendant
                201 S. Biscayne Boulevard, Suite 1500
                Miami, Florida 33131
                (305) 358-6300
                (305) 347-7386 (Facsimile)

                By: _____
                     John T. Kolinski
                     Florida Bar No.: 307971
                     Jennifer J. Ator
                     Florida Bar No.: 0120911

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 4th day of January, 2000 to John D. Ameen, Esq., Ameen & Drucker, P.A., 3111 University Drive, Suite 608, Coral Springs, Florida 33065.

_____
OF COUNSEL

MIADOCS 309188.1 MIV