

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6016-Civ-Ungaro-Benages
Magistrate Judge Brown



FILED BY _____ D.C.

2000 APR -6  AM 10: 02

CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

**SAINTIL SAINTILUS**

    Plaintiff,

v.

**NAMASCO CORPORATION**
and **NAMASCO CORPORATION**
d/b/a **NAMASCO STEEL**
**COMPANY**

    Defendant.
_____/

### JENNIFER ATOR'S AFFIDAVIT IN SUPPORT OF NAMASCO'S MOTION TO CONTINUE TRIAL

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | )ss: |
| COUNTY OF MIAMI-DADE | ) |

I, JENNIFER J. ATOR, being first duly sworn and authorized, state:

1.     I am over eighteen years of age and make this Affidavit based upon my own personal knowledge.

2.     I am an attorney at Shutts & Bowen, LLP in Miami, Florida.

3.     I am the associate with primary responsibility for <u>Saintilus v. Namasco</u>, Case No. 00-6016-Civ-Ungaro-Benages.

4.     I am getting married on November 25, 2000.

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

5.   Although the dates are not definite (because my future husband is employed by, and taking graduate classes at, the University of Miami), it is likely that I will be on my honeymoon sometime between December 11, 2000 and January 1, 2001.

6.   I spoke to John Ameen, Counsel for Plaintiff, who does not object to the granting of Namasco's Motion to Continue Trial.

7.   I also spoke with a representative of Namasco, who does not object to the granting of Namasco's Motion to Continue Trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _5_ day of April 2000.

_____
JENNIFER J. ATOR

MIADOCS 331704.1 JJA