

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6016-Civ-Ungaro-Benages
Magistrate Judge Brown

SAINTIL SAINTILUS

    Plaintiff,

v.

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

    Defendant.
_____/

### NOTICE OF FILING JENNIFER ATOR'S EXECUTED AFFIDAVIT IN SUPPORT OF NAMASCO'S MOTION TO CONTINUE TRIAL

Defendant, Namasco Corporation and Namasco Corporation d/b/a Namasco Steel Company ("Namasco"), files the executed Affidavit of Jennifer Ator in Support of Namasco's Motion to Continue Trial.

                                      Respectfully submitted,

                                      SHUTTS & BOWEN, LLP
                                      Attorneys for Defendant
                                      201 South Biscayne Boulevard
                                      1500 Miami Center
                                      Miami, Florida 33131
                                      (305) 358-6300
                                      (305) 347-7366 (facsimile)

                                      BY: _____
                                      John T. Kolinski
                                      Florida Bar No. 307971
                                      Jennifer J. Ator
                                      Florida Bar No. 0120911

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was *mailed* this __5__ day of April, 2000 to **JOHN D. AMEEN, ESQ.,** Ameen & Drucker, P.A., 3111 University Drive, Suite 608, Coral Springs, Florida 33065.

*Jennifer J. Aton*
OF COUNSEL

MIADOCS 332159.1 MIV

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300