UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6016-Civ-Ungaro-Benages
Magistrate Judge Brown

SAINTIL SAINTILUS

    Plaintiff,

v.

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

    Defendant.
_____/

## JENNIFER ATOR'S AFFIDAVIT IN SUPPORT OF NAMASCO'S MOTION TO CONTINUE TRIAL

STATE OF FLORIDA    )
                               )ss:
COUNTY OF MIAMI-DADE  )

I, JENNIFER J. ATOR, being first duly sworn and authorized, state:

1.     I am over eighteen years of age and make this Affidavit based upon my own personal knowledge.

2.     I am an attorney at Shutts & Bowen, LLP in Miami, Florida.

3.     I am the associate with primary responsibility for <u>Saintilus v. Namasco</u>, Case No. 00-6016-Civ-Ungaro-Benages.

4.     I am getting married on November 25, 2000.

5. Although the dates are not definite (because my future husband is employed by, and taking graduate classes at, the University of Miami), it is likely that I will be on my honeymoon sometime between December 11, 2000 and January 1, 2001.

6. I spoke to John Ameen, Counsel for Plaintiff, who does not object to the granting of Namasco's Motion to Continue Trial.

7. I also spoke with a representative of Namasco, who does not object to the granting of Namasco's Motion to Continue Trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____ day of April 2000.

_____
JENNIFER J. ATOR

MIADOCS 331704.1 JJA