UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by CV D.C.
APR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6016-CIV-UNGARO-BENAGES

SAINTIL SAINTILUS,
　　　Plaintiff,

vs.

**ORDER DENYING MOTION
TO CONTINUE TRIAL**

NAMASCO CORP., et al.,
　　　Defendants.
_____/

THIS CAUSE is before the Court upon Defendant Namasco's Motion to Continue Trial, filed April 6, 2000.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED the above motion is hereby DENIED without prejudice with leave to renew said request until such time as Defendant's counsel provides the Court with definite dates of unavailability.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of April, 2000.

　　　　　　　　　　　　　　　　　　URSULA UNGARO-BENAGES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record