IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
FLORIDA, FORT LAUDERDALE DIVISION

SAINTIL SAINTILUS

Plaintiff

v.

Case No. 006016 CIV Ungaro-Benages
Magistrate Judge: Brown

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

Defendant.
_____/

### NOTICE OF AGREEMENT OF MEDIATOR

The parties have agreed on Henry Latimer, Esquire as a mediator in this case.

Respectfully submitted this _____ day of _____, 2000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _____ day of April, 2000 to John T. Kolinski, Esquire, 201 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131.

AMEEN & DRUCKER, P.A.
Attorneys for Plaintiff
3111 University Drive, Ste. 608
Coral Springs, FL 33065
(954) 340-7277
Fax (954) 340-8733

By:_____
John D. Ameen
Fla. Bar. No. 0008036