IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

SAINTIL SAINTILUS

Plaintiff,

v.

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

Defendant.
_____/

Case No. 006016 CIV Ungaro-Benages
Magistrate Judge: Brown



## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that the pursuant to the pre-trial order of the above-referenced court, mediation shall take place as follows:

**Mediator:**       Jack Spellacy

**Date & Time:**   Tuesday, August 8, 2000 @ 11:00 a.m.

**Place:**          Mediation, Inc.
                   100 South East 3rd Avenue, 18th Floor
                   Ft. Lauderdale, Florida 33394

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___11___ day of July, 2000 to: John Kolinski., Esquire, Shutts & Bowen, 201 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131.

AMEEN & DRUCKER, P.A.
3111 University Drive, Suite 608
Coral Springs, FL 33065
Tel: (954) 340-7277
Fax: (954) 340-8733

By: _____
John D. Ameen
Florida Bar No.: 0008036

"NON-COMPLIANCE OF S.D. FL L.R."