UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SAINTIL SAINTILUS
    Plaintiff,

vs

NAMASCO CORP.
    Defendant,
_____/

CASE NO: 00-6016 CIV-UUB

MEDIATION REPORT

Type of Case: Other Civil

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by John F. Spellacy, Esquire of MEDIATION, INC., on August 8, 2000.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    The parties have reached a total IMPASSE.

Copies furnished by U.S. Mail to:

    John D. Ameen, Esquire

    John T. Kolinski, Esquire

RESPECTFULLY SUBMITTED on August 16, 2000.

    JAMES B. CHAPLIN, ESQUIRE
    for John F. Spellacy
    Florida Bar Number 110628
    Certified Mediator for MEDIATION, INC.
    Post Office Box 4978
    Fort Lauderdale, FL 33338
    Telephone: (954) 764-1000
            (800) 741-7000