IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

SAINTIL SAINTILUS

Plaintiff,

v.

Case No. 006016 CIV Ungaro-Benages
Magistrate Judge: Brown

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

Defendant.
_____/

### NOTICE OF ABSENCE FROM JURIDICTION

PLEASE TAKE NOTICE that the undersigned attorney, John D. Ameen, counsel for, Saintil Saintilus, will be absent from the jurisdiction from September 11, 2000 through September 15, 2000. Accordingly, we respectfully request that no action be taken by the parties or the Court which will require counsel's attention during this period of time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US mail to John Kolinski., Esquire, Shutts & Bowen, 201 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131 this ____ day of August, 2000.

AMEEN & DRUCKER, P.A.
Attorneys for Plaintiff
3111 University Drive, Suite 608
Coral Springs, Florida 33065
Telephone: (954) 340-7277
Facsimile: (954) 340-8733

By_____
John D. Ameen
Florida Bar No.: 0008036

**NON-COMPLIANCE OF S.D. fla. L.R.** 5.1.A.1

