UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6016-CIV-UNGARO-BENAGES

SAINTIL SAINTILUS,
Plaintiff,

vs.

NAMASCO CORP., et al.,
Defendants.
_____/

**ORDER**

FILED by _SD_ D.C.
NOV 08 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE is before the Court *sua sponte*.

The parties notified the Court by telephone that a Joint Stipulation of Dismissal would be filed by October 20, 2000. To date, the Court records indicate that neither a Notice of Court Practice or Joint Stipulation of Dismissal has been filed.

In the absence of either a Joint Stipulation of Dismissal or Notice of Court Practice, the parties are expected to abide by this Court's March 28, 2000 Scheduling Order for Pretrial Conference and Trial. In accordance with the March 28, 2000 Order, the parties were required to file their Joint Pretrial Stipulation on or before October 6, 2000 and their Jury Instructions on or before October 13, 2000. Accordingly, it is hereby

ORDERED AND ADJUDGED that if the parties have not filed either their Joint Stipulation of Dismissal or Notice of Court Practice by **Monday, November 13, 2000 at 10:00 a.m.**, the Joint Pretrial Stipulation and Jury Instructions will be due by **Monday, November 13, 2000 at 4:00 p.m.** and the Pretrial Conference will be held at 9:30 a.m. on November 17, 2000 as scheduled. If the parties fail to timely and sufficiently comply with this Order, this cause will be DISMISSED without further Order of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided by fax:
counsel of record