# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016-CIV-UNGARO-BENAGES/BROWN

SAINTIL SAINTILUS

    Plaintiff,

v.

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, SAINTIL SAINTILUS, and Defendants, NAMASCO CORPORATION and NAMASCO CORPORATION d/b/a NAMASCO STEEL COMPANY, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby stipulate to a dismissal of this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.



John Ameen, Esq.
Florida Bar No. 0008036
Ameen & Drucker, P.A.,
Attorneys for Plaintiff
3111 University Drive
Suite 608
Coral Springs, Florida 33065.
(954) 340 7277
(954) 340-8733 (facsimile)

Rene Gonzalez-LLorens, Esq.
Florida Bar No. 0053790
SHUTTS & BOWEN LLP
Attorneys for Defendant
201 S. Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)