# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016-CIV-UNGARO-BENAGES/BROWN

SAINTIL SAINTILUS

    Plaintiff,

v.

NAMASCO CORPORATION
and NAMASCO CORPORATION
d/b/a NAMASCO STEEL
COMPANY

    Defendant.
_____/



FILED by _____ D.C.
NOV 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the Stipulation of Dismissal With Prejudice between Plaintiff, SAINTIL SAINTILUS, and Defendants, NAMASCO CORPORATION and NAMASCO CORPORATION d/b/a NAMASCO STEEL COMPANY, and the Court having reviewed the Stipulation, the file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice as to Defendants, NAMASCO CORPORATION and NAMASCO CORPORATION d/b/a NAMASCO STEEL COMPANY, with each party to bear its own attorney's fees and costs. This case may be reopened solely to enforce the terms of the settlement reached between the parties.

DONE AND ORDERED in Chambers in Miami, Florida this 13 day of November 2000.

                                                                     _____
                                                                      UNITED STATES DISTRICT JUDGE

cc:    John Ameen, Esq.
       Rene Gonzalez-LLorens, Esq.

                                                Ursula Ungaro-Benages

MIADOCS 377358.1 RGL