UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6016-CIV-UNGARO-BENAGES

SAINTIL SAINTILUS,

    Plaintiff,

vs.

NAMASCO CORP.,

    Defendant.

_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

IT IS FURTHER ORDERED AND ADJUDGED that all pending motions are hereby denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of November, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE